FILED
APR 09 2012
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville Division

Lakaisha Gallaher )
_____ )
_____ )
Name of plaintiff (s)

v.

(Southern Tube Form)
Jerry Riley
Tommy McCool
Name of defendant (s)

Case No. _____
(to be assigned by Clerk)

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I want to re-open my case, I want to go to trial with a jury. (Never had one).

2. Plaintiff, Lakaisha R. Gallaher resides at 289 Royce Circle apt 223, Oak Ridge
street address / city

Anderson, TN, 37830, (865) 973-0859
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Jerry Riley lives at, or its business is located at
130 Eagle Way, Clinton,
street address                                    city
Anderson, TN, 37716.
county                    state        zip code

(if more than one defendant, provide the same information for each defendant below)

Tommy McCool
130 Eagle Way, Clinton
Anderson, TN    37716

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On Friday Nov 11, 2005. I was called into the office by Tommy McCool escorted in and asked if I would move from first shift to second shift. I told Tommy and Jerry in the office that I would have to get a babysitter before I could change I was followed back in the plant by Tommy and was told to clock out and was escorted out off the by building another line supervisor. I returned to work Monday, Nov 14, 05 because they refused to give me a slip saying I was fired but that's what they did falsly. I clocked in at 7:00 am on that Monday

2

Nov 14, 05 about 9:00 am I was called back in the office and told I no longer had a job and Jerry said the company considered me a quit. I was then given a separation notice that stated I quit, when I did not quit. I was then ask to leave and I was escorted out of the building. I was humilated, It caused me emotional pain and suffering.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Re-open my case, and set me a trial with a jury
   b. Appoint me a lawyer due to my poverty
   c. If truth is found reward me my lawsuit
   d. to allow me to testify before the court in person.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ____6____ day of ___April___, 20_12_.

_La'Kaisha Gallaher_

_____
Signature of plaintiff (s)

3

I Lakaisha Gallaher am a young black African American that was discriminated against. My civil rights were violated that caused me pain and suffering. My name was slandered.

I am still trying to seek justice. I am asking the court if may have a trial, and a juror if the courts would reopen my case. I am asking if I may have a court date and time to appear before the court. I am asking the court to please hear my voice.

I am also asking the court for a motion of counsel. If the court would please appoint me an attorney due to my poverty. I do not have any money. I have not been able to have my day in court due to my poverty. No lawyers will not and did not take my case because I don't have any money to put down. I am asking the court to please help me.

I live in a country where I'm free and one nation under God with liberty and justice for all no matter

my race or gender. and if mine are taken away where does that leave me as an American Citizen. I have been crying out for several years in hope that Justice will be served.

    Once Again I'm asking the Court to please ReOpen my case and set me a trial with Jurors, that I may Present my case before you one last time. This I present in good faith that the truth will stand. I don't understand all the court procedures and rules. It has caused my case to suffer and maybe even destroyed, all due to my poverty. please allow a voice to go before me to complete what I'm not able to, that I may get a Fair day (trial) in Court.

April 6, 2012   Sincerely,
LaKaisha Gallaher
*La'Kaisha Gallaher*

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **Anderson**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Anderson**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** / ☐ 710 Fair Labor Standards Act | **LABOR** / **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☒ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: **Discrimination**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **1.5 million**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE **Thomas W. Phillips** DOCKET NUMBER ~~illegible~~

DATE

SIGNATURE OF ATTORNEY OF RECORD

**3:09-CV-00234**

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 3:12-cv-00169-TWP-CCS  Document 2  Filed 04/09/12  Page 7 of 7  PageID #: 19